UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROSTISLAV MALIKOV,

       Petitioner,

  v.                                Case No.: 2:26-cv-00172-SPC-NPM

PAMELA BONDI. *et al.*,

       Respondents,
_____/

## **OPINION AND ORDER**

Before the Court are Rostislav Malikov's Emergency Motion to Enforce Judgment and for Immediate Release (Doc. 12) and the government's response (Doc. 15).

Malikov is a noncitizen in immigration detention, and he sought habeas relief from this Court. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Malikov before an immigration judge for a bond hearing within 10 days or release Malikov from custody.

An immigration court held a bond hearing on March 6, 2026. The immigration judge found that Malikov is not a suitable bail risk due to his history of traffic stops. Malikov argues the immigration judge got the facts

wrong and applied the incorrect legal standard.  In response, the government argues the proper way to challenge the result of the bond hearing is appeal to the Board of Immigration Appeals.  The Court agrees.  *See* 8 U.S.C. § 1226(e).  Accordingly, Malikov's motion (Doc. 11) is **denied**.

    **DONE AND ORDERED** in Fort Myers, Florida on March 12, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record